IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELMER KEITH TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-21-0045-HE |
| | ) |
| FNU LNU, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Plaintiff Elmer Keith Taylor, a federal prisoner appearing *pro se*, filed this case seeking to prevent his transfer to another federal facility.  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings.  Plaintiff then filed a letter indicating that he did not wish to pursue the case.  Judge Mitchell has issued a Report and Recommendation recommending that the action be dismissed.

Plaintiff, having failed to object to the Report, has waived his right to appellate review of the factual and legal issues it addressed.  Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).  Accordingly, the Report and Recommendation [Doc. #6] is **ADOPTED**.  This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 5th day of March, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE